United States District Court
Southern District of Texas
**ENTERED**
October 26, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN TORIBIO PENA-MARTINEZ, | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:26-CV-1120 |
| | § | |
| MIGUEL VERGARA, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER**

Petitioner Juan Toribio Pena-Martinez filed this habeas action while detained by Immigration and Customs Enforcement at the El Valle Detention Center in Willacy County, Texas. He contests Respondents' ability to detain him without a bond hearing under 8 U.S.C. § 1225(b)(2)(A).

In August 2026, a federal district court denied Petitioner's habeas action alleging the same causes of action that he urges in his new Petition. *See Pena-Martinez v. Vergara*, No. 1:26-cv-746, 2026 WL 2536312 (S.D. Tex. Aug. 27, 2026) The denial of a petition for writ of habeas corpus is without prejudice, and Petitioner alleges new factual developments in support of his claims. (Pet., Doc. 1, ¶ 21) These developments, however, do not alter the fundamental analysis or the result. Petitioner does not present grounds for his release from immigration detention based on the due process clause of the Fifth Amendment.

For the reasons leading to the denial of his initial Petition in August 2026, the Court concludes that Petitioner's current causes of action also fail. *See also Rodriguez v. Vergara*, No. 26-50183, ___ F.4th ___, 2026 WL 3181188 (5th Cir. Oct. 23, 2026) (addressing procedural and substantive due process claims).

As a result, it is:

**ORDERED** that Juan Toribio Pena-Martinez's Petition for Writ of Habeas Corpus (Pet., Doc. 1) is **DENIED.**

The Clerk of Court is directed to serve a copy of this Order upon Respondents in accordance with the Memorandum of Understanding.

The Clerk of Court is directed to close this case.

Signed on October 26, 2026.

Fernando Rodriguez, Jr.
United States District Judge